IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> LILI BIAN | Docket No. 3:19-CR-191 <br><br> **FACTUAL BASIS** |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. During calendar year 2014, defendant **LILI BIAN**, was a permanent resident of the United States and a resident of Charlotte, North Carolina.

2. During 2014 defendant **BIAN** had an interest in or signature authority over a financial account at FungChen Securities, a financial institution located in China, having an aggregate value in excess of the $10,000 of the $10,000 reporting requirement.

3. On or about June 30, 2015, within the Western District of North Carolina and elsewhere, defendant **BIAN** did knowingly and willfully fail to file an FBAR disclosing that she had a financial interest in, and signature authority over, a financial account in a foreign country, namely an account held at FungChen Securities in China, an account which had an aggregate value of more than $10,000 during the year 2014.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
SANJEEV BHASKER
ASSISTANT UNITED STATES ATTORNEY

_____
CARYN FINLEY
ASSISTANT UNITED STATES ATTORNEY

_____
BEN BAIN-CREED
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

_____  DATED: 6/25/19
TONY SCHEER, Attorney for Defendant